UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J. ROBERT SMITH, Individually and On Behalf of All Others Similarly Situated and Derivatively on Behalf of ROBBINS & MYERS, INC., | ) ) ) ) ) | No. 3:12-cv-00281-TSB |
| | ) | CLASS AND DERIVATIVE ACTION |
| Plaintiff, | ) ) | Judge Black |
| vs. | ) ) | |
| PETER C. WALLACE, et al., | ) ) | ORDER APPROVING JOINT MOTION TO MODIFY SCHEDULING ON DEFENDANTS' MOTION TO DISMISS (DOC. 61) |
| Defendants, | ) ) ) | |
| – and – | ) | |
| ROBBINS & MYERS, INC., an Ohio corporation, | ) ) ) | |
| Nominal Party. | ) ) ) | |

For good cause shown, the foregoing Joint Motion to Modify Scheduling on Defendants'

Motion to Dismiss (Doc. 61) is **GRANTED**.

The Court orders that:

1.      Plaintiff shall file his Opposition to Defendants' Motion to Dismiss (Doc. 60) by

June 14, 2013; and

2.      Defendants shall file their Reply in Support of Third Amended Complaint by
July 8, 2013.

IT IS SO ORDERED this 31st day of May, 2013.

_s/Timothy S. Black_
TIMOTHY S. BLACK
United States District Judge